## TOWN OF GOSPORT *v.* PRITCHARD ET AL.

[No. 19,305. Filed April 2, 1901.]

From the Owen Circuit Court. *Affirmed.*

*I. H. Fowler* and *T G. Spangler*, for appellant.

*Willis Hickam*, for appellees.

MONKS, J.—The controlling questions presented in this case are the same as in the case of *Town of Gosport* v. *Pritchard, ante,* 400, and, upon the authority of that case, this case is affirmed.

## BOARD OF COMMISSIONERS OF MONROE COUNTY ET AL. *v.* THE STATE, EX REL. UNDERWOOD.

[No. 19,175. Filed May 14, 1901.]

From the Monroe Circuit Court. *Reversed.*

*J. E. Henley* and *J. B. Wilson*, for appellants.

*R. W. Miers* and *E. Corr*, for appellees.

JORDAN, J.—Appeal from a judgment awarding the relatrix a writ of mandamus compelling appellants to issue a warrant in her favor upon the treasurer of Monroe county for $77, assessed and due to her for damages to her land by reason of the construction of a free turnpike. The parties in this case are the same as those in the appeal of *Board, etc.,* v. *State, ex rel. Underwood, ante,* 550, and the same facts and questions are involved as were in that case, and the record and certificate of the clerk is in the same condition, and upon the authority of that decision the judgment below in this case is reversed, and the cause remanded to the lower court, with instructions to vacate its judgment and grant appellants a new trial.

## SCHAEFER *v.* WERLING ET AL.

[No. 19,146. Filed April 17, 1901. Rehearing denied June 20, 1901.]

From the Huntington Circuit Court. *Affirmed.*

*S. M. Sayler* and *B. F. Ibach*, for appellant.

*W. H. Hart* and *J. Q. Cline*, for appellees.

BAKER, J.—As the ground for reversal, appellant contends that the "Barrett law" is unconstitutional. The majority of the court held otherwise in *Adams* v. *City of Shelbyville*, 154 Ind. 467. On the authority of that decision, the judgment is affirmed.